UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ELHAM ANDALIB,

Petitioner,

v.

EARNEST SANTACRUZ, et al.

Respondents.

Case No. 5:26-cv-01481-JFW-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 17).  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 19) have been made.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.  IT IS THEREFORE ORDERED that Judgment shall be entered denying the Petition.

DATED:  June 3, 2026

_____

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE