JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ELHAM ANDALIB,

    Petitioner,

v.

EARNEST SANTACRUZ, et al.,

    Respondents.

Case No. 5:26-cv-01481-JFW-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is denied.

DATED: June 3, 2026

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE